**-FILED-**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

MAR 16 2022

At _____ M
**GARY T. BELL, Clerk**
**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. **2 : 2 2 CR 0 3 1** |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| | ) | |
| PORCHA SIMMONS | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**PORCHA SIMMONS,**

defendant herein, in connection with the acquisition of firearms from the

firearms dealer RK Holdings, LLC, which is licensed under the provisions of

Chapter 44 of Title 18, United States Code, knowingly made false and

fictitious statements to the dealer, which statements were intended and

likely to deceive the dealer with respect to any fact material to the lawfulness

of the sale of such firearms, in that the defendant represented on the

Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives

form 4473, Firearms Transaction Record on or about the following dates, that

she was the actual transferee/buyer of the firearm(s) listed on the form,

whereas in truth and in fact, she well knew that she was not the actual

1

transferee/buyer of the firearm(s) listed on the form, all in violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date |
| --- | --- |
| 1 | December 19, 2019 |
| 2 | February 27, 2020 |
| 3 | May 6, 2020 |
| 4 | August 2, 2020 |
| 5 | August 17, 2020 |

## THE GRAND JURY FURTHER CHARGES:

On or about the following dates, in the Northern District of Indiana,

### PORCHA SIMMONS,

defendant herein, knowingly made false statements and representations to the firearms dealer RK Holdings, LLC, which is licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on or about the following dates, to the effect that she was the actual transferee/buyer of the firearm(s) listed on the form, whereas in truth and in fact, she well knew that she was not the actual transferee/buyer of the firearm(s) listed on the form, all in violation

3

of Title 18, United States Code, Section 924(a)(1)(A).

| Count | Date |
|-------|------|
| 6 | December 19, 2019 |
| 7 | February 27, 2020 |
| 8 | May 6, 2020 |
| 9 | August 2, 2020 |
| 10 | August 17, 2020 |

A TRUE BILL:


 s/Foreperson 
FOREPERSON


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


By:     s/Kevin F. Wolff 
Kevin F. Wolff
Assistant United States Attorney

4